```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| LAWRENCE IACONO and NANCY IACONO, | HON. JEROME B. SIMANDLE |
| | Civil No. 08-1197 (JBS) |
| Plaintiffs, | |
| v. | ORDER |
| WILLIAM MAUGER, et al., | |
| Defendants. | |

This matter having come before the Court on Plaintiffs' motion for reconsideration [Docket Item 19]; the Court having considered the submissions of the parties in support thereof and in opposition thereto; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **28th** day of **July, 2008** hereby

ORDERED that the motion for reconsideration shall be, and hereby is, **DENIED**.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            UNITED STATES DISTRICT JUDGE